JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL L.-A., | NO. CV 23-5041 AGR |
| Plaintiff, | |
| **v.** | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security**,** | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED:  July 8, 2024

_____
ALICIA G. ROSENBERG
United States Magistrate Judge